**FILED**
June 14, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHARLES RAY CLARK, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-00241 WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Charles Ray Clark</u>; Case <u>2:11-cr-00241 WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_  Release on Personal Recognizance

    \_\_  Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of <u>$25,000</u>, co-signed by defendant's wife, Rebecca Clark.

    \_\_  Appearance Bond with 10% Deposit

    \_\_  Appearance Bond secured by Real Property

    \_\_  Corporate Surety Bail Bond

    _X_  (Other) <u>Pretrial Supervision/Conditions; third party custody to defendant's wife, Rebecca Clark</u>

Issued at <u>Sacramento, CA</u> on <u>6/14/2011</u> at <u>2:20 pm</u>

By _____
Kendall J. Newman
United States Magistrate Judge