BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2758

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.2:11-CR-0241-01 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION RE CONTINUANCE OF |
| v. | ) | SENTENCING HEARING |
| | ) | |
| CHARLES CLARK, | ) | Date: December 19, 2011 |
| | ) | Time: 9:00 am |
| | ) | Honorable William B. Shubb |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated by and between the United States of America through Michelle Prince, Assistant United States Attorney, and defendant Charles Clark, by and through his counsel, Douglas Beevers, that the sentencing hearing scheduled for December 9, 2011, be continued to December 19, 2011, at 9:30 a.m. The Government is not in receipt of the discovery that was provided to Probation and needs additional time to reproduce the discovery in order to prepare its sentencing memorandum.

//

1

1    In addition, both parties exchanged additional sentencing evidence

2   and the parties are attempting to resolve pending sentencing objections.

3

4   DATED: December 8, 2011              BENJAMIN B. WAGNER
                                         United States Attorney
5

6                                        By:/s/ Michelle A. Prince
                                            Michelle A. Prince
7                                           Assistant U.S. Attorney

8

9                                           DANIEL J. BRODERICK
                                            Federal Defender
10

11                                       By:/s/ Douglas Beevers
                                            Douglas Beevers
12                                          Attorney for Defendant

13

14    The above stipulation of counsel is accepted. The sentencing

15   hearing is rescheduled to December 19, 2011 at 9:30 a.m.

16

17    IT IS SO ORDERED.

18   Dated: December 9, 2011

19

20   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

                                    2