HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
DOUGLAS J. BEEVERS, Bar # 288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES RAY CLARK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.   2:11-cr-00241-WBS |
|---|---|
| Plaintiff, | ) WAIVER OF DEFENDANT'S PRESENCE |
| v. | ) |
| CHARLES RAY CLARK, | ) |
| Defendant. | ) |

Pursuant to Rule 43(c) of the Federal Rules of Criminal Procedure, the defendant, Charles Ray Clark, hereby voluntarily waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, any status conference and the sentencing hearing and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver and agrees that defendant's interest will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present.

//

//

//

//

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated:       September 6, 2013

             */s/ Charles R. Clark*
             CHARLES RAY CLARK
             Defendant
             *Original retained by attorney*

I agree with and consent to my client's waiver of appearance.

Dated:       September 16, 2013

             */s/ Douglas Beevers*
             DOUGLAS J. BEEVERS
             Assistant Federal Defender
             Attorney for Defendant
             CHARLES RAY CLARK

**IT IS SO ORDERED.**

Dated:  September 17, 2013

            WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE